UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 20-602560-CIV-SMITH

VERED WEINSTOCK,

    Plaintiff,

v.

STORM TIGHT WINDOWS, INC.,
a Florida corporation,
LEE BROWN, individually, and
KATHY BROWN, individually,

    Defendants.
_____/

STORM TIGHT WINDOWS, INC.,
a Florida corporation,

    Counter-Plaintiff

v.

VERED WEINSTOCK,

    Counter-Defendant.
_____/

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT

Plaintiff, VERED WEINSTOCK ("Plaintiff"), by and through undersigned counsel and pursuant to *Fed. R. Civ. P. 68* hereby accepts and provides notice that she has accepted Defendants, STORM TIGHT WINDOWS, INC., LEE BROWN, and KATHY BROWN's Rule 68 Offer of Judgment pursuant to Fed. R. Civ. P. 68 to Plaintiff, VERED WEINSTOCK, dated November 12, 2020, attached hereto as Exhibit "A."[1]

---

[1] The Offer of Judgment only allows **Plaintiff** to take judgment against the **Defendants** and is silent as to Counts I and II of the Counterclaim filed by Counter-Plaintiff Storm Tight Windows, Inc. against Counter-Defendant Vered Weinstock.  *See, e.g.,* Utility Automation 2000, Inc. v. Choctawhatchee Elec. Co-Op., Inc., 298 F.3d 1238 (11th Cir. 2000) ("Rule 68 requires that the responsibility for clarity and precision in the offer must reside with the offeror").  Accordingly, the counterclaims Storm Tight Windows filed against Ms. Weinstock are still alive and ripe for adjudication within the Counter-Defendant's Motion for Summary Judgment.  *D.E. 65; D.E. 74.*

**Dated this 13th of November 2020.**

Respectfully Submitted,

**USA EMPLOYMENT LAWYERS – JORDAN RICHARDS PLLC**
805 E. Broward Blvd. Suite 301
Fort Lauderdale, Florida 33301
(954) 871-0050
*Counsel for Plaintiff*

By: */s/ Jordan Richards*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372
MELISSA SCOTT, ESQUIRE
Florida Bar No. 1010123
JAKE BLUMSTEIN, ESQUIRE
Florida Bar No. 1017746
jordan@jordanrichardspllc.com
melissa@jordanrichardspllc.com
jake@jordanrichardspllc.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was filed via CM/ECF on this 13th of November 2020.

By: */s/ Jordan Richards*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372

## SERVICE LIST

**KENNETH L. MINERLEY, ESQUIRE**
Florida Bar No. 521840
ken@minerleyfein.com
**JACKSON PELLINGRA, ESQUIRE**
Florida Bar No. 1011077
jackson@minerleyfein.com
MINERLEY FEIN, P.A.
1200 N. Federal Highway, Suite 420
Boca Raton, Florida 33432
Ph: (561) 362-6699
Fax: (561) 447-9884
*Counsel for Defendants and Counter-Plaintiff*