UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 20-60256-CIV-SMITH

VERED WEINSTOCK,

   Plaintiff,
v.

STORM TIGHT WINDOWS, INC.,
a Florida corporation,
LEE BROWN, individually, and
KATHY BROWN, individually,

   Defendants.
_____/

## DEFENDANTS' OFFER OF JUDGMENT

Defendants, Storm Tight Windows, Inc., Lee Brown and Kathy Brown, by and through their undersigned counsel, pursuant to Rule 68 Fed.R.Civ.P., hereby offer to allow judgment to be taken against them in favor of Plaintiff, Vered Weinstock, in the amount of $4,000.00, exclusive of costs and attorney's fees, and an additional $25,000.00 for costs and attorney's fees.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Electronic Mail on this 12th day of November, 2020 to Jordan Richards at Jordan@jordanrichardspllc.com; Melissa@jordanrichardspllc.com; Jake@jordanrichardspllc.com.

        By: /s/ Kenneth L. Minerley
        Kenneth L. Minerley
        Fla. Bar No. 521840
        Primary Email:
        Ken@minerleyfein.com

        **MINERLEY FEIN, P.A.**
        *Attorneys for Defendants*

1200 N. Federal Highway, Suite 420
Boca Raton, FL 33432
Phone: 561/362-6699
Fax: 561/447-9884
Fileclerk@minerleyfein.com