UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60256-CIV-SMITH/VALLE

VERED WEINSTOCK,

    Plaintiff,

v.

STORM TIGHT WINDOWS, INC., *et al.*,

    Defendants.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the United States Magistrate Judge's Report and Recommendation to District Judge [DE 110], in which the Magistrate Judge recommends granting Plaintiff's Motion to Approve Acceptance of Rule 68 Offer of Judgment as to FLSA Claim and for Entry of Judgment [DE 100]. The parties have not filed any objections. Thus, having reviewed the Magistrate Judge's Report and Recommendation and the record, it is

**ORDERED** that:

1. The Report and Recommendation [DE 110] is **AFFIRMED** and **ADOPTED**.

2. Plaintiff's Motion to Approve Acceptance of Rule 68 Offer of Judgment as to FLSA Claim and for Entry of Judgment [DE 100] is **GRANTED**.

3. The Court will enter a separate judgment pursuant to Federal Rule of Civil Procedure 58(a).

4. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 21st day of July, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record