**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60256-SMITH/VALLE**

VERED WEINSTOCK,

      Plaintiff,

v.

STORM TIGHT WINDOWS, INC., *et al.*,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the United States Magistrate Judge's Report and Recommendation to District Judge [DE 111], in which the Magistrate Judge recommends denying the Plaintiff/Counter Defendant's Expedited Motion for Attorney's Fees and Costs [DE 97]. No objections have filed in response to the Report and Recommendation. Thus, having reviewed the Magistrate Judge's Report and Recommendation and the record, it is

      **ORDERED** that

1. The Report and Recommendation [DE 111] is **AFFIRMED AND ADOPTED**.

2. Plaintiff/Counter Defendant's Expedited Motion for Attorney's Fees and Costs [DE 97] is **DENIED**.

3. This case is **CLOSED**.

      **DONE AND ORDERED** in Fort Lauderdale, Florida on this 28th day of July, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:      Counsel of record